SLIP OPINION

Cite as 2015 Ark. App. 82

# ARKANSAS COURT OF APPEALS

DIVISION II
**No.** CV–14–662

| | | |
|---|---|---|
| CHRISTINE STAMPS | | **Opinion Delivered** FEBRUARY 11, 2015 |
| | APPELLANT | |
| | | APPEAL FROM THE LEE COUNTY CIRCUIT COURT |
| V. | | [NO. 39CV-13-44] |
| | | HONORABLE BENTLEY E. STORY, JUDGE |
| TENESHIA BROWN-EPPS | | |
| | APPELLEE | REBRIEFING ORDERED |

## PHILLIP T. WHITEAKER, Judge

Appellant Christine Stamps appeals an order of the Lee County Circuit Court granting appellee Teneshia Brown-Epps's complaint for unlawful detainer. For reversal, Stamps argues that the trial court erred in (1) granting Brown-Epps's complaint for unlawful detainer; (2) finding that Brown-Epps's complaint should be amended to conform to the proof; (3) failing to find that Stamps had proved her entitlement to the property based on Arkansas Code Annotated section 18-61-104; and (4) failing to find that she received the property as a gift. We do not reach the merits of this appeal because of deficiencies in Stamps's abstract and, therefore, order rebriefing.

Arkansas Supreme Court Rule 4–2(a)(5) requires an appellant to create an abstract of the material parts of all the transcripts in the record. The importance of a proper abstract is

clear. There is only one record, and it is impractical and often impossible for all the judges to review one record. *Davis v. Peebles*, 313 Ark. 654, 857 S.W.2d 825 (1993).

Here, the abstract contains many misspellings and unintelligible phrases and sentences. It appears that the abstract was created using a voice-transcription program and was not edited for content and understanding. This is contrary to the intent and purpose of our rules. Because of these deficiencies, we order rebriefing. Stamps shall file a substituted abstract within fifteen calendar days from the date of this opinion. Ark. Sup. Ct. R. 4–2(b)(3).

Rebriefing ordered.

VAUGHT and HOOFMAN, JJ., agree.

*Scholl Law Firm, P.L.L.C.*, by: *Scott A. Scholl*, for appellant.

*Robert E. Kinchen*, for appellee.